# JacksonLewis

**Jackson Lewis P.C.**
677 Broadway, 9th Floor
Albany NY 12207
(518) 512-8700 Main
(518) 242-7730 Fax
jacksonlewis.com

April 26, 2023

**VIA ECF**
Hon. Mark W. Pedersen, U.S.D.J.
U.S. District Court, Western District of New York
100 State Street
Rochester, New York 14614

**Re:**   *Jane Doe v. Roberts Wesleyan College*
         **Civil Action No.: 22-cv-6434 CJS/MJP**
         **Joint request to extend mediation deadline**

Dear Judge Pedersen:

Our office represents the Defendant Roberts Wesleyan College in the above-entitled action. The current deadline for mediation is Friday, April 28, 2023. *See* Dkt. No. 10. Due to the parties' and mediator's schedules, the parties were unable to schedule the in-person mediation until Tuesday, May 9, 2023. The parties jointly request an extension of the deadline to complete mediation until May 12, 2023.

Thank you for the Court's consideration of this request. If the Court requires any further information, please feel free to contact me at any time.

Respectfully submitted,

*Kristi Winters*

Kristi Rich Winters
Direct Dial: 518-512-8727
kristi.winters@jacksonlewis.com
JACKSON LEWIS P.C.

KRW/jnr

cc:   Counsel of Record (Via ECF and mail)

Request granted.
So ordered.
4/27/23

_____
MARK W. PEDERSEN
United States Magistrate Judge